UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IGOR VOLKOV,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD RABER; NICHOLAS SUROIU and/or SHARP TRUCKING, INC.,<br><br>Defendants. | Civil Action No.: |

**NOTICE OF PETITION FOR REMOVAL FROM STATE COURT TO FEDERAL COURT**

TO:

Sander Budanitsky, Esquire
Law Offices of Sander Budanitsky, LLC
520 West First Ave
Roselle, NJ 07203
**Attorneys for Plaintiff – Igor Volkov**

**PLEASE TAKE NOTICE** that the defendants, Edward Raber; Nicholas Suroiu and/or Sharp Trucking, Inc. (hereinafter referred to collectively as "Petitioners" or "Defendants"), herein files and submits this Notice of Petition for the Removal from State Court to Federal Court in the above matter.

The Notice of Petition for Removal is also being filed with the Superior Court of New Jersey, Law Division, Middlesex County pursuant to 28 U.S.C. §1446 (d).

A Motion to Remove the case from New Jersey State Court to Federal Court will be filed after the Federal Court assigns this matter a Civil Action Number.

CIPRIANI & WERNER, P.C.

*/s/ Marc R. Jones*
MATTHEW K. MITCHELL, ESQUIRE
MARC R. JONES, ESQUIRE
Attorneys for Defendants – Raber; Suroiu and/or Sharp Trucking
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
856-761-3800
mmitchell@c-wlaw.com
mjones@c-wlaw.com

DATED: April 10, 2012

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IGOR VOLKOV,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD RABER; NICHOLAS SUROIU and/or SHARP TRUCKING, INC.,<br><br>Defendants. | Civil Action No.: |

**PETITION FOR REMOVAL FROM STATE COURT TO FEDERAL COURT**

Petitioners or Defendants, Edward Raber; Nicholas Suroiu and/or Sharp Trucking, Inc., hereby file the within Petition for Removal to the United States District Court of New Jersey from the Superior Court of New Jersey, Law Division – Middlesex County, and hereby says:

1. On or about February 28, 2012, Plaintiff filed a Complaint against the Defendants in the Superior Court of New Jersey, Law Division – Middlesex County entitled Volkov v. Raber, *et al.*, under docket number MID-L-1358-12. **(Exhibit "A,"** copy of the filed Complaint)

2. Defendant, Nicholas Suroiu and/or Sharp Trucking received a copy of the Complaint on or about April 3, 2012. **(Exhibit "B")**

3. To date, no proof of service for any defendant has been filed with the Court based on a review of the State Court public access system. **(Exhibit "C")**

4. Plaintiff is seeking damages for (2) motor vehicle accidents allegedly involving the same vehicles that occurred on January 13, 2011. **(Exhibit "D,"** copy of the police accident report)

5. The first accident occurred when Plaintiff alleged that the vehicle being driven by Mr. Raber made a wide turn and struck the front of his vehicle causing property damage. **(Exhibit "D")**

6. The second accident occurred when Plaintiff drove in pursuit of the tractor trailer being driven by Mr. Raber and he intentionally struck the tractor trailer to "get his attention". **(Exhibit "D")**

7. Plaintiff, upon information and belief, is a resident of the State of New Jersey. **(Exhibit "A")**

8. Defendant, Edward Raber, is a resident of the Commonwealth of Pennsylvania, residing at 1155 March Street, Sharon, Pennsylvania. **(Exhibit "D")**

9. Defendant/owner of the tractor trailer, Nicholas Suroiu and/or Sharp Trucking, Inc. is a commercial trucking company that is incorporated in the State of Ohio with its principal place of business located at 3816 Wilson-Sharpsville Road, Cortland, Ohio. **(Exhibit "D")**

10. The present case is a civil action in which the United States District Court for the District of New Jersey has original jurisdiction by virtue of diversity of citizenship of the parties pursuant to 28 U.S.C. §1332.

11. Pursuant to 28 U.S.C. §1332, this case involves injuries which, as alleged, will exceed $75,000.00 exclusive of interest and costs, as Plaintiff has made a settlement demand of $175,000.00. **(Exhibit "E,"** copy of Plaintiff's demand letter dated January 30, 2012)

12. Also, pursuant to 28 U.S.C. §1332 (a) (3) this case involves parties who are citizens of different states. **(Exhibit "D")**

13. In accordance with the applicable Federal Rules of Civil Procedure and/or Federal Statutes, specifically 28 U.S.C.S. §1446 (b), this Notice for Removal has been filed within (30) days after the Petitioners/Defendants received notice of Plaintiff's Complaint. *See* Granovsky v. Pfizer, Inc., *et al.*, 631 F.Supp.2d 554, 559 (D.N.J. 2009)

14. Accordingly, pursuant to 28 U.S.C. §1332, this matter is a civil action that may be removed by the Petitioner's/Defendants, Edward Raber; Nicholas Suroiu and/or Sharp Trucking, Inc. from state court to the United States District Court for the District of New Jersey over which the federal court has original jurisdiction.

**WHEREFORE**, Petitioners/Defendants, Edward Raber; Nicholas Suroiu and/or Sharp Trucking, Inc., hereby respectfully request that the aforementioned civil action commenced against them by Plaintiff, be removed to the United States District Court for the District of New Jersey for all further proceedings.

Respectfully submitted,

CIPRIANI & WERNER, P.C.

*/s/ Marc R. Jones*

MATTHEW K. MITCHELL, ESQUIRE
MARC R. JONES, ESQUIRE
Attorneys for Defendants – Raber; Suroiu and/or Sharp Trucking
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
856-761-3800
mmitchell@c-wlaw.com
mjones@c-wlaw.com

DATED: April 10, 2012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IGOR VOLKOV,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD RABER; NICHOLAS SUROIU and/or SHARP TRUCKING, INC.,<br><br>Defendants. | Civil Action No.: |

**CERTIFICATION OF FILING AND SERVICE OF NOTICE OF PETITION FOR REMOVAL FROM STATE COURT TO FEDERAL COURT**

The undersigned hereby certifies and confirms that the Notice of Petition for Removal from State Court to Federal Court on behalf of the defendants, Edward Raber; Nicholas Suroiu and/or Sharp Trucking, Inc., was e-filed with the United States District Court of New Jersey on April 10, 2012 and that a hard copy was also sent to the Clerk of the Superior Court of New Jersey, Law Division, Middlesex County, and counsel for Plaintiffs via New Jersey Lawyers' Service at the following addresses:

Clerk – Superior Court of New Jersey
Middlesex County Court House
56 Paterson Street
P.O. Box 964 – 1st Floor
New Brunswick, NJ 08902

Sander Budanitsky, Esquire
Law Offices of Sander Budanitsky, LLC
520 West First Ave
Roselle, NJ 07203
**Attorneys for Plaintiff – Igor Volkov**

I am aware that the foregoing statements made by me are true.

I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

CIPRIANI & WERNER, P.C.

*/s/ Marc R. Jones*

MATTHEW K. MITCHELL, ESQUIRE
MARC R. JONES, ESQUIRE
Attorneys for Defendants – Raber; Suroiu and/or Sharp Trucking
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
856-761-3800
mmitchell@c-wlaw.com
mjones@c-wlaw.com

DATED: April 10, 2012

**EXHIBIT "A"**

LAW OFFICES OF SANDER BUDANITSKY, LLC
520 WEST FIRST AVENUE
ROSELLE, NEW JERSEY 07203
(908)241-3445 * FAX (908)241-4595
ATTORNEY FOR PLAINTIFF(S)

SUPERIOR COURT
MIDDLESEX COUNTY
RECEIVED & FILED
FEB 29 2012
GREGORY EDWARDS
DEPUTY CLERK
OF SUPERIOR COURT

IGOR VOLKOV,

Plaintiff(s),

v.

EDWARD RABER, NICHOLAS SUROTV and/or SHARP TRUCKING, INC.,

Defendant(s),

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - MIDDLESEX COUNTY

DOCKET NO.: L-1358-12

CIVIL ACTION

COMPLAINT AND JURY DEMAND

Plaintiff, IGOR VOLKOV, residing in the City of East Brunswick, County of Middlesex and State of New Jersey, by way of complaint against the Defendants, says:

FIRST COUNT

1. On or about the 13th day of January 2011, the Plaintiff, IGOR VOLKOV, was the operator of a motor vehicle, which was traveling Brunswick Avenue near and about its intersection with Bayway in the City of Elizabeth, County of Union and State of New Jersey.

2. At the above time and place, the Defendant, EDWARD RABER, was the operator of a motor vehicle owned by the Defendant, NICHOLAS SUROIV and/or SHARP TRUCKING, INC., which was traveling near the aforesaid vicinity.

3. At all times relevant and material to this Complaint, the Defendant(s), EDWARD RABER, operated the motor vehicle owned by the Defendant, NICHOLAS SUROIV and/or SHARP TRUCKING, INC., with the permission and consent, express or implied, of said owner.

4. At all times relevant and material hereto, the Defendant, EDWARD RABER, was an employee, agent and/or servant of the Defendant, NICHOLAS SUROIV and/or SHARP TRUCKING, INC., acting within the scope of his/her employment and/or agency.

5. At the above time and place, the Defendant, EDWARD RABER, failed to keep his/her vehicle under reasonable and proper control and so carelessly, recklessly and negligently operated his/her motor vehicle, among other things, failing to make proper observations, driving at an excessive rate of speed, and being otherwise inattentive, so as to cause his/her motor vehicle to violently collide with the Plaintiff's vehicle.

6. This accident resulted solely from the negligence and carelessness of the Defendant(s) herein and was due in no part on any act, or failure to act, on the part of the Plaintiff(s).

7. As a direct and proximate result of the foregoing, the Plaintiff, IGOR VOLKOV, was caused to sustain serious, painful and permanent injuries, has experienced great pain and suffering, has suffered great shock and mental anguish, will in the future

experience great pain and suffering, was caused to incur great expenses for medical care and attention, will in the future incur additional expenses, was caused to lose large sums of money for wages he would have earned but for his injuries and will in the future lose large sums of money for wages, and has in the past, and will in the future, lose his right to the full enjoyment of life.

WHEREFORE, the Plaintiff, IGOR VOLKOV, hereby demands judgment against the Defendants, EDWARD RABER, NICHOLAS SUROIV and/or SHARP TRUCKING, INC., both jointly and severally, together with interest and cost of suit.

DATED: February 22, 2012

Sander Budanitsky, Esq.
Attorney for the Plaintiff(s)

JURY DEMAND

Plaintiff demands a trial by jury as to all Counts of the within Complaint.

DATED: February 22, 2012

Sander Budanitsky, Esq.
Attorney for the Plaintiff(s)

CERTIFICATION OF NO OTHER ACTIONS

Pursuant to Rule 4:5-1, it is stated that the matter in controversy is not the subject to any other action pending in any other court or of a pending arbitration proceeding to the best of my knowledge or belief. Also, to the best of our belief, no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this pleading, I know of no other parties that should be joined in the above action. In addition, we recognize the continuing obligation of each party to file and serve on all parties and the Court an amended certification if there is a change in the facts stated in this original certification.

DATED: February 22, 2012

Sander Budanitsky, Esq.
Attorney for the Plaintiff(s)

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

FOR USE BY CLERK'S OFFICE ONLY
PAYMENT TYPE: SUPERIOR COURT CK CA
CHG/CK NO. MIDDLESEX COUNTY RECEIVED & FILED
AMOUNT: FEB 28 2012
OVERPAYMENT:
BATCH NUMBER: GREGORY EDWARDS DEPUTY CLERK SUPERIOR COURT

| | |
|---|---|
| ATTORNEY / PRO SE NAME: Sander Budanitsky, Esq. | TELEPHONE NUMBER: (908) 241-3445 |
| COUNTY OF VENUE: Middlesex | |
| FIRM NAME (if applicable): Law Offices of Sander Budanitsky, LLC | DOCKET NUMBER (when available): |
| OFFICE ADDRESS: 520 West First Avenue, Roselle, NJ 07203 | DOCUMENT TYPE: Complaint |
| | JURY DEMAND: ■ YES ☐ NO |
| NAME OF PARTY (e.g., John Doe, Plaintiff): Igor Volkov, plaintiff | CAPTION: Igor Volkov vs. Sharp Trucking, Inc., et al |
| CASE TYPE NUMBER (See reverse side for listing): 603N | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING? ☐ Yes ■ No | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ Yes ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known): MAXUM ☐ NONE ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| | |
|---|---|
| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ Yes ■ No | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain) ☐ FAMILIAL ☐ BUSINESS |

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ■ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

Plaintiff was injured as a result of a MVA.

| | |
|---|---|
| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
| WILL AN INTERPRETER BE NEEDED? ■ YES ☐ NO | IF YES, FOR WHAT LANGUAGE? Russian |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: [signature]

Effective 06/20/2011, CN 10517-English



Side 2

# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial pleadings (not motions) under *Rule* 4:5-1

CASE TYPES (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT – OTHER

**Track III - 450 days' discovery**
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

**Centrally Managed Litigation (Track IV)**
- 280 ZELNORM
- 285 STRYKER TRIDENT HIP IMPLANTS
- 288 PRUDENTIAL TORT LITIGATION
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION

**Mass Tort (Track IV)**
- 248 CIBA GEIGY
- 266 HORMONE REPLACEMENT THERAPY (HRT)
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 278 ZOMETA/AREDIA
- 279 GADOLINIUM
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 284 NUVARING
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 601 ASBESTOS

**If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.**

Please check off each applicable category: ☐ Putative Class Action ☐ Title 59

Effective 06/20/2011, CN 10517-English

Law Offices of Sander Budanitsky, L.L.C.
520 West First Avenue
Roselle, New Jersey 07203
Tel: (908) 241-3445
Fax: (908) 241-4595

Sander Budanitsky *
Kimberly A. Rudolph *
Of Counsel

* Also admitted in Pennsylvania

www.sbnjlaw.com

March 19, 2012

**VIA REGULAR & CERTIFIED MAIL, RRR**
SHARP TRUCKING, INC.
3861 Wilson Sharpsville Road
Cortland, OH 44410

RE: Igor Volkov vs. Edward Raber, et al
Docket No.: MID-L-1358-12

Dear Sir/Madam:

Please be advised that our office has been retained to represent the interest of Igor Volkov with regard to the above referenced matter.

Enclosed please find a Summons and Complaint which is being served upon you pursuant to Rule 4:4-4 of the Rules of the Court Governing the State of New Jersey. Please be further advised that you have thirty five (35) days to file an Answer. If you do not file an Answer within (35) days, Default will be entered against you.

Upon receipt of this Summons & Complaint kindly forward a copy of same to your Insurance Carrier at the time of the loss.

Thank you for your time and attention.

Very truly yours,

/s/ Sander Budanitsky

Sander Budanitsky

SB/cc

w/encl.

LAW OFFICES OF SANDER BUDANITSKY, LLC
520 WEST FIRST AVENUE
ROSELLE, NEW JERSEY 07203
(908)241-3445 * FAX (908)241-4595
ATTORNEY FOR PLAINTIFF

IGOR VOLKOV,

Plaintiff(s),

vs.

EDWARD RABER, NICHOLAS SUROIV and SHARP TRUCKING, INC.,

Defendant(s),

SUPERIOR COURT OF NEW JERSEY
MIDDLESEX COUNTY - LAW DIVISION

DOCKET NO.: MID-L-1358-12

CIVIL ACTION

SUMMONS

From the State of New Jersey, To the Defendant Named Above: SHARP TRUCKING, INC.

The Plaintiff named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written Answer or Motion and proof of service with the Deputy Clerk of the Superior Court of New Jersey in the county listed above within 35 days from the date you received this Summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) An $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your Answer or Motion to the Plaintiff's attorney whose name and address appear above, or to the Plaintiff, if no attorney is named above. A telephone call will no protect your rights; you must file a written Answer or Motion if you want the court to hear your defense.

If you do not file and serve a written Answer or Motion within 35 days from the date o f service, the court may enter Default of Default Judgement against you for the relief that the Plaintiff demands, together with interests and costs of suit. If Judgement is entered against you, the Sheriff may seize you money, wages, or property to pay all or part of the Judgement.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you mat obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of the numbers is also provided.

Dated: March 19, 2012

JENNIFER PEREZ
Clerk of the Superior Court

Name of Defendants to be served: SHARP TRUCKING, INC.

Address of Defendants to be served: 3861 Wilson Sharpsville Road
Cortland, OH 44410

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
175 S. Broad Street
P. O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**SALEM COUNTY:**
Deputy Clerk of the
Superior Court
92 Market St., P. O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section, Rm 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-7698
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P. O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**SOMERSET COUNTY:**
Deputy Clerk of the
Superior Court
Civil Division Office
New Court House, 3rd Fl.
P. O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(609) 261-1088

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
P. O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
71 Monument Park
P. O. Box 1269
Freehold, NJ 07728-1269
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**SUSSEX COUNTY:**
Deputy Clerk of the
Superior Court
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Hall of Records
101 S. Fifth St.
Camden, NJ 08103
LAWYER REFERRAL
(609) 964-4520
LEGAL SERVICES
(609) 964-2010

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court
Civil Records Dept.
Brennan Court House, 1st Fl.
583 Newark Ave.
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., P. O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl, Court House
2 Broad Street
Elizabeth, NJ 07207
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ
08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Street
Flemington, NJ 08822
LAWYER REFERRAL
(609)735-2611
LEGAL SERVICES
(609)782-7979

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(973)267-5882
LEGAL SERVICES
(973) 475-2010

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

MIDDLESEX VICINAGE CIVIL DIVISION
P O BOX 2633
56 PATERSON STREET
NEW BRUNSWICK NJ 08903-2633

COURT TELEPHONE NO. (732) 519-3728
COURT HOURS

TRACK ASSIGNMENT NOTICE

DATE: FEBRUARY 29, 2012
RE: VOLKOV IGOR VS RABER EDWARD
DOCKET: MID L -001358 12

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2.

DISCOVERY IS 300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON RICHARD F. PLECHNER

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM 002 AT: (732) 519-3737 EXT 3737.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.

PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE WITH R.4:5A-2.

ATTENTION:

ATT: SANDER BUDANITSKY
BUDANITSKY LAW OFFICE SANDER
520 WEST FIRST AVE
ROSELLE NJ 07203-1028

JUTDI

# EXHIBIT "B"

**Marc R. Jones**

---

**From:** Beth Vickers [mailto:bvickers@loveinsurance.com]
**Sent:** Tuesday, April 03, 2012 4:22 PM
**To:** Sforzo, Rick
**Subject:** Sharp Trucking Claim #TRK6297-04-03

Lawsuit papers attached.

Thank you,

*Beth Vickers*

Love Insurance Agency
34920 Ridge Rd, Suite 100
Willoughby, OH 44094
Phone: 440-975-0309
Toll Free: 877-859-3073
Direct Fax #: 440-527-5005
bvickers@loveinsurance.com

**EXHIBIT "C"**

COURTS PUBLIC ACCESS

ACMS Public Access: Case Detail

VENUE: MIDDLESEX COURT: LAW CVL DOCKET #: L 001358 12
CASE TITLE : VOLKOV IGOR VS RABER EDWARD

| | | | |
|---|---|---|---|
| CASE FILED DATE | : 02 28 2012 | CASE TYPE | : 603 AUTO NEG T |
| CASE STATUS | : ACTIVE | CASE INITIATION TYPE | : C COMPLAINT |
| DISPOSITION TYPE | : | DATE DISPOSED | : 00 00 0000 |
| DISCOVERY DATE | : | ARGUMENT REQST DATE | : 00 00 0000 |
| CASE PARTY COUNT | : 004 | JUDGMENT ENTERED | : NO |
| FIRST ANSWER DATE | : | | |
| EXPECTD SERVICE DATE | : | ACTUAL SERVICE DATE | : |
| CONSOLIDATION TYPE | : | CONSOLIDATION STATUS | : |
| TRANSFER FROM VENUE | : TO | DATE TRANSFERRED OUT | : |
| LAST PROCEEDING TYPE | : | LAST PROCEEDING DATE | : |
| PENDING ACTION | : PG SERVICE | PENDING ACTION DATE | : 03 09 2012 |
| UNDISTRIBUTED AMOUNT | : 0.00 | DEMAND AMOUNT | : 0.00 |
| DF ATTORNEY/PRO SE | : NO DF HAS AN ATT | DENOVO INDICATOR | : NO |

| | | | |
|---|---|---|---|
| CMP DISPUTE RESOLUTN | : AUTO ARBITRATION | TITLE 59 INDICATOR | : NO |
| JURY REQUEST | : 6 JURORS | CASE IMPOUNDED | : NO |
| DATE ENTERED | : 02 29 2012 | | |

Screen ID:CVM1019 Copyrighted © 2008 - New Jersey Judiciary
BUILD 2011.1.0.0.12

COURTS PUBLIC ACCESS

ACMS Public Access: Case Document List

Page: 1

END OF LIST

VENUE : MIDDLESEX COURT : LAW CVL DOCKET #: L 001358 12
CASE TITLE : VOLKOV IGOR VS RABER EDWARD

| SEL | DATE FILED | | | DOC NUM | DOCUMENT TYPE | | NON CONF | FILING/TARGET PARTY NAME | ATTORNEY NAME | MUL PTY | DOC STA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 02 | 28 | 2012 | 001 | COMP | JRY | DEMAND | VOLKOV | BUDANITSKY | L | N |

Screen ID:CVM1023 **Copyrighted © 2008 - New Jersey Judiciary**
BUILD 2011.1.0.0.12

# EXHIBIT "D"

Page 1 of 1 ☐ Fatal

# New Jersey Police Crash Investigation Report

☒ Reportable ☐ Non-Reportable ☐ Change Report

1 Case Number: 11-286
2 Police Dept. of: Elizabeth NJ
3 Station/Precinct: Police Plaza

10 Crash Occurred On: Brunswick Ave
At Intersection with: Bayway

4 Date of Crash: 01 13 11
6 Time: 1548
7 Municipality Code: 2004
8 Total Killed: 0 0
9 Total Injured: 0 0

23 Veh No: 1
24 Policy No: 028 3135-E22-30B
25 Ins Code: 122

53 Veh No: 2
54 Policy No: TBK600629?-04

26 Driver's First Name / Initial / Last Name: Igor Volkov
29 Sex: M
27 Number and Street: 10 Donald Rd
28 City / State / Zip: E. Brunswick NJ 08816
31 State: NJ
32 Drivers License No: V6266 35800 09614
33 DOB: 9 30 61
34 Expires: 7 13

56 Driver's First Name / Initial / Last Name: Edward B. Baber
59 Sex: M
57 Number and Street: 1155 March St
58 City / State / Zip: Sharon PA 16146
61 State: PA
62 Drivers License No: 26 521 843
63 DOB: 10 13 69

35 Owner's First Name / Last Name: VIV Home Improvement
36 Number and Street / 37 City: Same

65 Owner's First Name / Last Name: Nicholas Surotu
66 Number and Street: 3861 Wilson Sharpsville Rd
67 City: Cortland OH 44410

38 Make: Ford
39 Model: F350
40 Color: GY
41 Year: 05
42 Plate No: XB436GN NJ

68 Make: Peterbilt
70 Color: GD
71 Year: 05
72 Plate No: PVM5081 OH

44 VIN: 1FDSX34P65EA87650
45 Expires: 11 11

74 VIN: 1XP5D49X55N857876
75 Expires: 3 11

46 Vehicle Removed To: Destination — ☒ Driven
76 Vehicle Removed To: Destination — ☒ Driven

48 Alcohol/Drug Test — Given: ☐ No ☐ Yes ☐ Refused; Type: ☐ Breath ☐ Blood ☐ Urine; Results: 0.___ % ☐ Pending
78 Alcohol/Drug Test — Given: ☐ No ☐ Yes ☐ Refused; Type: ☐ Breath ☐ Blood ☐ Urine; Results: 0.___ % ☐ Pending

49 Hazardous Material — On Board / Spill / Name or Placard No.
79 Hazardous Material — On Board / Spill / Name or Placard No.

50 Carrier No. ☐ USDOT ☐ Other
80 Carrier No. ☐ USDOT ☐ Other

51 Commercial Vehicle Weight: ≤ 10,000 lbs; 10,001 - 26,000 lbs; ≥ 26,001 lbs
81 Commercial Vehicle Weight: ≤ 10,000 lbs; 10,001 - 26,000 lbs; ≥ 26,001 lbs

134 Crash Diagram (NOT TO SCALE) — Indicate North

Brunswick Ave — Vehicles Found @ Traffic Light North on Brunswick. — Turnpike Exit

52 Carrier Name: State Farm
82 Carrier Name: Maxum Casualty

Driver #1 states Veh #2 made a wide turn onto Brunswick Ave. and started to back up and he started to blow horn, and Veh #2 backed into his Veh. Veh #2 continued to travel north and as he was attempting to get his attention Veh #2 struck the right of his Veh. Driver #2 states he was turning right onto Brunswick Ave. and was on the right lane and Veh #1 passed on the left and tried to pull in front of his Veh. and struck his left front bumper & fender. E.R.

137 Charge — ☐ Multiple Charges
138 Summons No.
139 Charge: 39:4-127 — ☐ Multiple Charges
140 Summons No: ?E 261123

141 Officer's Signature: [signature] Ramsay
142 Badge No: 2212
143 Reviewed By / Badge No.
144 Case Status: ☐ Pending ☐ Complete

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | | | |
| B | | | | | | | | | | | | | | |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | |

Police Copy

# EXHIBIT "E"

Law Offices of Sander Budanitsky, L.L.C.
520 West First Avenue
Roselle, New Jersey 07203
Tel: (908) 241-3445
Fax: (908) 241-4595
e-mail: budanitskylaw@gmail.com

Sander Budanitsky *

Kimberly A. Rudolph *
Of Counsel

* Also admitted in Pennsylvania

January 30, 2012

MAXUM Specialty Insurance Group
3655 North Point Parkway, Suite 500
Alpharetta, Georgia 30005
Attention: Richard V. Sforzo
Claims Representative

RE: Your Insured: Sharp Trucking Inc
Claim # T6297-43
Date of Accident: 01/13/11
My Client: Igor Volkov

Dear Mr. Sforzo:

As you are aware, this office represents Mr. Volkov, in connection with his claim for personal injuries sustained on January 13, 2011 while involved in a motor vehicle accident. Enclosed please find a copy of the Declaration Page, Police Report and Property Damage Estimated for you records. Pleased be advised that a claim for Property Damage in the amount of $4,098.37 is made herein.

Further, enclosed please find a copy of the final Narrative report/bill, medical evaluation, EMG report from Manalapan Medical Center and MRI reports from DRA of Edison.

Also, please be advised plaintiff has incurred bills which total $59,816.67 to date. The bills are as follows:

Raritan Bay Medical Center....................$2,680.00
Bayview Emergency Associates..................$ 386.00
DRA of Edison.................................$2,964.00
Manalapan Medical Center......................$20,575.01

Please be advised that these bills remains outstanding.

In accordance with Diagnostic Testing and doctors' reports, my client sustained as a direct result of the accident on August 26,2010, the following injuries: Disc herniation at L3-L4, L5-S1 with grade I anterolistheis,bilateral L4, L5 and S1 radiculopathy, disc herniation at C4-C5, C5-C6, C6-C7 and bilateral C5,C6 and C7 radiculopathy. These injuries are permanent in nature.

Based upon the foregoing and based upon absolute liability on the part of your insured, demand is hereby made solely on an amicable out-of-court settlement in the amount of $175,000.00. After you have an opportunity to review the enclosed medicals, kindly contact me, so we may discuss same. Thank you for your anticipated courtesy and cooperation.

Very truly yours,

SANDER BUDANITSKY

SB:luz